IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> ENDOR DEVELOPMENT, INC., an Illinois corporation <br><br> Defendant. | FILED: JUN 9, 2008 <br> No. 08CV3311 <br> JUDGE PALLMEYER <br> Judge MAGISTRATE JUDGE COLE <br> RCC |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, ENDOR DEVELOPMENT, INC. an Illinois corporation, as follows:

### COUNT I

### JURISDICTION AND VENUE

1.  (a)   Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

    (b)   Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 185(c).

### PARTIES

2.  (a)   Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)  The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)  The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.  (a)  ENDOR DEVELOPMENT, INC. an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b)  ENDOR DEVELOPMENT, INC. is an Illinois corporation, with its principal place of business at Manteno, Illinois.

(c)  ENDOR DEVELOPMENT, INC. an Illinois corporation, is an employer engaged in an industry affecting commerce.

4.  ENDOR DEVELOPMENT, INC. an Illinois corporation, entered into an agreement with Teamsters 179 for periods from June 1, 2003 through May 31, 2006 and June 1, 2006 through May 31, 2009 which require contributions to the Funds pursuant to 29 U.S.C. 1145.

5.  Pursuant to the collective bargaining agreements between ENDOR DEVELOPMENT, INC., an Illinois corporation and the Union, ENDOR DEVELOPMENT, INC., has failed and continues to fail to make its obligated contributions to the Fund for the period June, 2007 through May, 2008, as disclosed in an audit.

6.  The audit disclosed $14,254.35 due the Pension Fund and $19,881.27 due the Welfare Fund for a total of $34,135.62.

WHEREFORE, Plaintiffs pray:

A.  This court enter judgment in favor of the Plaintiffs and against ENDOR DEVELOPMENT, INC., an Illinois corporation, in the amount of the audit, $34,135.62.

B.  That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C.  That the Court grant such further relief as is proper.

                        TRUSTEES OF THE SUBURBAN TEAMSTERS
                        OF NORTHERN ILLINOIS WELFARE AND
                        PENSION FUNDS

                        By: _____
                               One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415



AREA CONSTRUCTION AGREEMENT
UNION SHOP
JOINT COUNCIL NO. 25
AGREEMENT BETWEEN
TEAMSTERS LOCAL NO. 179
AN AFFILIATE OF THE
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
AFL-CIO
and
CONTRACTORS ASSOCIATION OF
WILL AND GRUNDY COUNTIES
JUNE 1, 2003 THROUGH MAY 31, 2008

## ADDENDUM 1.
### Uniform Drug/Alcohol Abuse Policies

The Union recognizes that the Employers of Teamsters are required to meet the regulations established by more than one governmental agency.

It is agreed that Employers adopting the "Uniform Drug/Alcohol Abuse Program" required by State and Federal Drug Free Workplace Acts, or other policies required to meet the regulations established by the Federal Department of Transportation or the Illinois Department of Transportation, shall not be in conflict with the Area Construction Agreement, Joint Council No. 25.

It is further understood that policies adopted by Employers that are in excess of governmental regulations shall be subject to the Grievance Procedure established in Article 6 of this Agreement.

PARTY OF THE FIRST PART:

Contractors Assoc WGC
Company

By: _Sena B Grey_____

By: _____

PARTY OF THE SECOND PART:

Teamsters Local 179
Union

By: _[signature]_____

By: _____

43

### FOR NON-ASSOCIATION EMPLOYERS

**FOR TEAMSTERS LOCAL 179**

BY: _[signature]_____
TITLE: _President_____
DATE: _5/1/5_____

**FOR THE COMPANY**

COMPANY: _EJD&R Development Inc_____
ADDRESS: _1284 Main St, P.O. Box 518_____
City: _Crete_  State: _IL_  Zip: _60417-0518_
PHONE: _708-672-7800_
FAX: _708-672-9095_
BY: _[signature]_____
TITLE: _V.P._____
DATE: _5/1/5_____

42

JUN. 20. 2005  9:28AM    TEAMSTERS LOCAL 179    NO. 880    P. 3



# AREA CONSTRUCTION AGREEMENT
## BETWEEN

## TEAMSTERS LOCAL 179
An Affiliate of the
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

## And
## CONTRACTORS ASSOCIATION OF WILL AND GRUNDY COUNTIES

INTERNATIONAL BROTHERHOOD OF TEAMSTERS

JUNE 1, 2006 THROUGH MAY 31, 2009

Endor Development Inc.

*General Chauffeurs, Sales Drivers and Helpers*

*Local Union No. 179*

Affiliated with the International Brotherhood of Teamsters

MAIN OFFICE:
1000 N. E. I-55 FRONTAGE RD.
JOLIET, ILLINOIS 60431
PHONE (815) 741-2200
FAX (815) 741-2278

SUB OFFICE:
SHERMAN & LADD
PONTIAC, ILLINOIS 61764
PHONE: (815) 844-5094

To Whom It May Concern:

Listed below are the rates for the new Contractors Association of Will and Grundy Counties Area Construction Agreement.

## WAGES

Straight Time Hourly Rate

| CLASSIFICATION | Effective 6/1/06 | Effective 6/1/07 | Effective 6/1/08 |
|---|---|---|---|
| Group 1 – 2 or 3 Axle Trucks | $33.04** | To be Allocated* | To be Allocated* |
| Group 2 – 4 Axle Trucks | $33.19** | To be Allocated* | To be Allocated* |
| Group 3 – 5 Axle Trucks | $33.59** | To be Allocated* | To be Allocated* |
| Group 4 – 6 Axle Trucks | $33.59** | To be Allocated* | To be Allocated* |
| Group 5 – All Lowboy Trucks | $34.59** | To be Allocated* | To be Allocated* |

Group 6 – An additional 20¢ per axle shall be paid for all vehicles with more than six (6) axles.

## HEALTH AND WELFARE

| | |
|---|---|
| Effective 6/1/06 | $ 5.50 per hour |
| Effective 6/1/07 | To be Allocated* |
| Effective 6/1/08 | To be Allocated* |

## PENSION

| | |
|---|---|
| Effective 6/1/06 | $155.00 per week** |
| Effective 6/1/07 | To be Allocated* |
| Effective 6/1/08 | To be Allocated* |

*The yearly amounts for allocation between Wages, Health & Welfare, and Pension effective 6/1/07 will be $1.86 per hour, and effective 6/1/08 will be $1.90 per hour. Allocation of the yearly increases shall be determined by the Union.

**The rates listed are inclusive of $1.20 per hour allocation.

Each Employer shall pay into the Will-Grundy Industry Advancement Trust $2.80 per week for each employee covered by this agreement. Each Employer shall pay into the Three Rivers Construction Alliance $0.80 per week for each employee covered by this agreement. Each Employer shall pay into the Teamsters Joint Council #25 Training Fund $10.00 per week for each employee covered by this agreement. Funds will be collected by the Union and sent directly to the appropriate fund.

Sincerely,

Thomas A. White
President
TEAMSTERS LOCAL 179

HAVE IT DELIVERED UNION!