# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
WELFARE AND PENSION FUNDS,

v.

ENDOR DEVELOPMENT, INC., an
Illinois corporation

)
)
)
)
)
)
)
)
)
)
)
)

Docket Number: 08CV3311

Assigned Judge: JUDGE PALLMEYER

MAGISTRATE JUDGE COLE

Designated
Magistrate Judge: _____

TO:    (Name and address of defendant)

ENDOR DEVELOPMENT, INC.
an Illinois corporation
c/o Its President
William J. Cunha.
8446 N. 4000E Road
Manteno, Illinois 60950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of
this summons upon you exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

**Michael W. Dobbins, Clerk**

Date

**(By) DEPUTY CLERK**

**June 9, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/19/08 @ 11:00 am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Brian Riebel | Process Serve |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

_____

_____

_____

☑ Other (specify):

Served Endor Development Inc % Owen Cunha (co-owner) at business address 8446 N. 400 E Rd Manteno IL (W/F 60 gray hair, glasses)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/19/08__
Date

_____
Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE208
PARK RIDGE IL 60068

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.