## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: 08CV3311

Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds, Plaintiffs

v.

Endor Development, Inc., an Illinois Corporation, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Endor Development, Inc.

| | |
|---|---|
| NAME (Type or print) Kenneth A. Carlson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kenneth A. Carlson | |
| FIRM Tracy, Johnson & Wilson | |
| STREET ADDRESS 2801 Black Road, Second Floor | |
| CITY/STATE/ZIP Joliet, Illinois 60435 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06193230 | TELEPHONE NUMBER 815-723-8500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 08 CV 3311 |
| ENDOR DEVELOPMENT, INC., an Illinois Corporation, | ) ) ) | Judge Pallmeyer Magistrate Judge Cole |
| Defendant. | ) ) | |

**NOTICE OF FILING**

TO:   See attached Certificate of Service

    PLEASE BE ADVISED that on the 1st day of July, 2008, the undersigned caused to be filed electronically through the Northern District of Illinois CM/ECF system an **Appearance**, a copy of which is attached hereto.

                                                          Endor Development, Inc., an Illinois Corporation,
                                                          Defendant

                                                          By:_____/s/ Kenneth A. Carlson_____
                                                             Kenneth A. Carlson, One of its Attorneys

Kenneth A. Carlson
TRACY, JOHNSON & WILSON
2801 Black Road, Second Floor
Joliet, Illinois  60435
Tel:  (815) 723-8500
Fax: (815) 727-4846

**CERTIFICATE OF SERVICE**

  I, Kenneth A. Carlson, an attorney, hereby certify that on July 1, 2008, an Appearance will be sent electronically to the following parties by operation of the Court's electronic filing system and by U.S. Mail. Parties and interested persons may access this filing through the Court's system.

John J. Toomey
Arnold and Kadjan
19 W. Jackson Boulevard
Suite 300
Chicago, Illinois 60604


July 1, 2008                                         /s/ Kenneth A. Carlson_____
                                Kenneth A. Carlson