IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> ENDOR DEVELOPMENT, INC., an Illinois corporation <br><br> Defendants. | No. 08 C 3311 <br><br> Judge Pallmeyer <br><br> Magistrate Judge Cole |

STIPULATION OF DISMISSAL WITHOUT
PREJUDICE

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, through its attorneys, JOHN J. TOOMEY, ARNOLD AND KADJAN, and Defendant, ENDOR DEVELOPMENT, INC.,, an Illinois corporation, through its attorney, Jeremy P. Kreger, Stahl, Cowen, Crowley, Addis, LLC., and agree Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that this case be dismissed without prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. Upon payment in full of the note balance as set forth in the attached Settlement Agreements, this case shall be dismissed with prejudice on December 1, 2009.

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN
ILLINOIS WELFARE AND PENSION
FUNDS, Plaintiffs

_____
John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Suite 300
Chicago, Illinois 60604
(312) 236-0415

ENDOR DEVELOPMENT, INC., an Illinois corporation,

_____
Kenneth A. Carlson
Tracy, Johnson & Wilson
First Community Bank Building
2801 Black Road, Second Floor
Joliet, Illinois 60435
(815) 723-8500

## INSTALLMENT NOTE-WELFARE

**$20,639.67 principal and interest**　　　　　　　　　　**July 28, 2008**

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND** the principal sum of **Nineteen Thousand Eight Hundred Eighty One Dollars and 27/100 ($19,881.27)** Dollars. The remaining unpaid principal shall bear interest at the rate of 10% per annum over the life of the note.

Employer shall make a down payment of $2,000.00 on August 1, 2008.

Employer shall pay on the **1st** day of **September, 2008**, the sum of **One Thousand Three Hundred Twenty Seven Dollars and 09/100 ($1,327.09)**; on the **1st** day of each month thereafter for thirteen consecutive months the sum of **One Thousand Three Hundred Twenty Seven Dollars and 09/100 ($1,327.09)** Dollars, and a final payment of **One Thousand Three Hundred Twenty Seven Dollars and 09/100 ($1,327.09)** Dollars on the **1st** day of **November, 2009**.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of **18** per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, 19 WEST JACKSON BOULEVARD, CHICAGO, IL 60604-3958** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER SHALL REMAIN CURRENT IN ITS PRESENT FUND CONTRIBUTIONS COMING DUE DURING THE TERM OF THIS NOTE.** Failure to make timely monthly contribution payments and reports shall be considered a default and a basis for acceleration of the debt causing the remaining unpaid Note balance to become immediately due and payable in addition to such sums owed on the current delinquencies.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to been paid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

ENDOR DEVELOPMENT, INC.

**For contributions due for the period June, 2007 through May, 2008**

By: _____
William Cunha, President

_____
William Cunha, Individually

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145 and is given in settlement of the lawsuit filed in Case No. 08 C 3311 in the Federal District Court for the Northern District of Illinois.

## INSTALLMENT NOTE-PENSION

**$14,798.10 principal and interest**                                 **July 38, 2008**

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND** the principal sum of **Fourteen Thousand Two Hundred Fifty Four Dollars and 35/100 ($14,254.35)** Dollars. The remaining unpaid principal shall bear interest at the rate of 10% per annum over the life of the note.

Employer shall make a down payment of $2,000.00 on August 1, 2008.

Employer shall pay on the **1st** day of **September, 2008**, the sum of **Nine Hundred Eleven Dollars and 19/100 ($911.19)**; on the **1st** day of each month thereafter for thirteen consecutive months the sum of **Nine Hundred Eleven Dollars and 19/100 ($911.19)** Dollars, and a final payment of **Nine Hundred Eleven Dollars and 19/100 ($911.19)** Dollars on the **1st** day of **November, 2009**.

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after maturity at the rate of **18** per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, 19 WEST JACKSON BOULEVARD, CHICAGO, IL   60604-3958** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER SHALL REMAIN CURRENT IN ITS PRESENT FUND CONTRIBUTIONS COMING DUE DURING THE TERM OF THIS NOTE.** Failure to make timely monthly contribution payments and reports shall be considered a default and a basis for acceleration of the debt causing the remaining unpaid Note balance to become immediately due and payable in addition to such sums owed on the current delinquencies.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to been paid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

ENDOR DEVELOPMENT, INC.

For contributions due for the
period June, 2007 through
May, 2008

By: _____
William Cunha, President

_____
William Cunha, Individually

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145 and is given in settlement of the lawsuit filed in Case No. 08 C 3311 in the Federal District Court for the Northern District of Illinois.