IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>    Plaintiffs,<br><br>v.<br><br>ENDOR DEVELOPMENT, INC.,<br>an Illinois corporation<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 C 3311<br>)<br>) Judge Pallmeyer<br>)<br>) Magistrate Judge Cole<br>)<br>) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: Kenneth A. Carlson, Esq.
   Tracy, Johnson & Wilson
   First Community Bank Building
   2801 Black Road, Second Floor
   Joliet, Illinois 60435

   PLEASE TAKE NOTICE that on August 13, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

   1. Stipulation of Dismissal Without Prejudice.

a copy of which is attached hereto and served upon you.

            TRUSTEES OF THE SUBURBAN TEAMSTERS
            OF NORTHERN ILLINOIS WELFARE AND
            PENSION FUNDS

            s/John J. Toomey
            ARNOLD AND KADJAN
            19 W. Jackson Blvd., Suite 300
            Chicago, IL 60604
            Telephone No.: (312) 236-0415
            Facsimile No.: (312) 341-0438
            Dated: August 13, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

>s/John J. Toomey
>ARNOLD AND KADJAN
>19 W. Jackson Blvd., Suite 300
>Chicago, IL 60604
>Telephone No.: (312) 236-0415
>Facsimile No.: (312) 341-0438
>Dated: August 13, 2008