## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3311 | **DATE** | 8/14/2008 |
| **CASE TITLE** | The Suburban Teamsters of Northern Illinois Welfare and Pension Funds vs. Endor Development, Inc. | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed without prejudice and without costs to either party, all costs having been paid. Upon payment in full of the note balance as set forth in the settlement agreement, this case shall be dismissed with prejudice on December 1, 2009. Status hearing set for 9/12/2008 stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-03311    Document 12    Filed 08/14/2008    Page 1 of 1

08C3311 The Suburban Teamsters of Northern Illinois Welfare and Pension Funds vs. Endor Development, Inc.    Page 1 of 1